**2/18/2015**                                    **COA No. 01-13-00660-CR**
**WILLIAMS, TREYVON RAYMOND   Tr. Ct. No. 12-DCR-60402      PD-0183-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).  Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

MICHAEL C.  DIAZ
20228 HIGHWAY 6
MANVEL, TX  77578-3804
\* DELIVERED VIA E-MAIL \*

**2/18/2015**  **COA No. 01-13-00660-CR**
**WILLIAMS, TREYVON RAYMOND  Tr. Ct. No. 12-DCR-60402  PD-0183-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

1ST COURT OF APPEALS  CLERK
CHRISTOPHER A. PRINE
301 FANNIN
HOUSTON, TX  77002-7006
* DELIVERED VIA E-MAIL *

**2/18/2015**                                              **COA No. 01-13-00660-CR**
**WILLIAMS, TREYVON RAYMOND    Tr. Ct. No. 12-DCR-60402        PD-0183-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The
Court requires ten copies of this document to be filed in this office within three (3)
days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the
petition.]

Abel Acosta, Clerk

DISTRICT ATTORNEY FORT BEND COUNTY
JOHN HEALY
APPELLATE SECTION
301 JACKSON, ROOM 101
RICHMOND, TX 77469
* DELIVERED VIA E-MAIL *